# IN THE UNITED STATES DISRICT COURT
# DISRICT OF MINNESOTA
# CASE # 00:CR-00158-3
# JRT/FHN

CV 05-639 JRT

RECEIVED
05 MAR 24 PM 4:32
CLERK U.S. DIST. COURT

Comes now the defendant, James L. Chapman Jr., respectfully moves this Honorable Court to here and accept a petition for a Habeas Corpus pursuant to the provisions of title 28 U.S.C. Section 2255. The defendant James L. Chapman Jr., has successfully located pertinent information that proves that the government lied, buffered, and **did not disclose** to the defendant and this Honorable Court, the true fact that co-defendant **Francisco B. Barron is and has been a government informant for the past 32 or 33 years.**

Under the subjective theory of entrapment, entrapment period, and the clear violation of the defendant's 6th Amendment Rights "to confront any witness against him", the government/prosecutors and agents/law enforcement officers assigned to the defendant's criminal case at hand can now be proven to have released co-defendant Francisco B. Barron illegally, have not disclosed to the defendant Barron's informant record and to have been dishonest to this Honorable Court, the defendant and to the Honorable Judge John R. Tuhiem. Also co-defendant Barron was illegally released in

SCANNED
MAR 2 5 2005
U.S. DISTRICT COURT ST. PAUL

total disregard of statutory provisions that are pursuant to the provisions of Title 18 U.S.C. 3142{d}{B}{1} and Title 8 U.S.C. 1108{b}. The defendant's Magistrate Judge did not adhere to/obey these lawful statutory provisions for some strange and ambiguous reason which proves that the defendant's Constitutional rights pursuant the Confrontation Clause of the Sixth Amendment was clearly violated at the very hands of the defendant's Magistrate Judge, E. Swearingen.

The defendant respectfully moves this honorable Court for a hearing to display and prove to the Court that the government/prosecutors and agents/police officers assigned in the defendant's criminal case at hand, have been dishonest to this Honorable Court, by not disclosing the past informant record of co-defendant Francisco B. Barron. The defendant also moves this Honorable Court to adhere to the fact that defendant **has been insufficiently represented** by his past lawyers, Robert Siccoli and Allen Jontz. The defendant also prays that this Honorable Court agrees that prosecutors Eric Johnson and Lisa Berasay sought victory in the defendants criminal case at hand instead of seeking **justice. "<u>The prosecutor's job in any criminal case is to protect the Constitutional Rights Of the defendant, uphold the laws/statutory provisions, court rules and operate his/her duties within the code of ethics". As this Honorable Court knows federal prosecutors</u>**

**<u>are not exempt from practicing within the Bar Code Of Ethics.</u>** The defendant is praying that this Honorable Court agrees and accepts that the defendant moves for ineffective assistance of counsel on behave of the defendant's prosecutors, Eric Johnson and Lisa Bearsay. Both of these Prosecutors did not object to the violation of the defendant's Constitutional Rights pursuant to the Confrontation Clause Of The Sixth Amendment, many other of the defendants constitutional rights/rights, the illegal release of co-defendant Bernaldo B. Barron, {**<u>a registered alien}</u>,** and totally operated outside of the **<u>Bar Code of Ethics.</u>**

## Conclusion

The Defendant, James L. Chapman Jr., respectfully moves this Honorable Court to grant the defendant a Petition Of Habeas Corpus pursuant to the provisions of Title 28 U.S.C. 2255 and the like, and a hearing to prove to this Honorable Court that the Government/Prosecutors, agents/ police officers and associates assigned to the defendant's criminal case have not disclosed to this Honorable Court the fact that co-defendant Francisco B. Barron was and has been a government informant/agent for the past 32-33 years, which clearly violates the defendant Sixth Amendment Rights of the Confrontation Clause, entrapment theory, and statutory provisions.

**Respectfully Submitted**

**March 23rd, 2005**

James L. Chapman Jr.