**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2005, I served, or caused to be served, the following documents:

GOVERNMENT'S RESPONSE TO PETITION PURSUANT TO SECTION 2255

**The previous mailing was returned to sender. The address listed below was obtained for the probation office.**

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

**James Lamont Chapman**
1423 Emerson Avenue N.
Minneapolis, MN 55411

THOMAS B. HEFFELFINGER
United States Attorney

s/Lisa Wyatt

BY: LISA WYATT
Legal Assistant