# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CASE # 0:00-158-03

| | |
|---|---|
| **UNITED STATES OF AMERICA PLAINTIFF** | **) MOTION FOR EXTENSION ) OF TIME TO RESPOND TO THE ) GOVERNMENT'S PETITION TO ) DENY THE DEFENDANT'S ) PETITION FOR HABES CORPUS, ) AND FOR EXTENTION OF TIME ) TO RETAIN A LAWYER.** |
| **VS.** | |
| **JAMES L. CHAPMAN JR DEFENDANT** | **) )** |

RECEIVED 05 AUG 15 PM 4:55 CLERK, U.S. DIST. COURT MINNEAPOLIS, MN

The defendant James L. Chapman Jr., respectfully moves this Honorable Court to allow the defendant to respond to Government's petition for denial of Defendant's petition for Habeas Corpus, retain a Lawyer, and prove further police/prosecutorial misconduct. The Defendant needs an additional 30 days to prepare for retaining a lawyer and gathering evidence to prove the Defendant's innocence.

**Respectfully Submitted this 11th Day August 2005**

**Thank You**

James L. Chapman Jr.

**James L. Chapman Jr.**

SCANNED AUG 15 2005 U.S. DISTRICT COURT MPLS