## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES LAMONT CHAPMAN, JR., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Criminal No. 00-158 (3) (JRT/FLN) <br> Civil No. 05-639 (JRT) <br><br> **MEMORANDUM OPINION AND ORDER DISMISSING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE** |

James Lamont Chapman, 1423 Emerson Avenue North, Minneapolis, MN 55411, *pro se*.

Lisa Biersay, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN, 55415, for respondent.

This matter is before the Court on motions by petitioner James Lamont Chapman ("Chapman") for extension of time to respond to the government's petition to deny the defendant's petition for habeas corpus and for extension of time to retain a lawyer.

The Court denies the motions as moot in light of its Memorandum Opinion and Order Dismissing Motion to Vacate, Set Aside, or Correct Sentence dated August 26, 2005 [Docket No. 308].

### ORDER

Based on the foregoing, and all of the records, files and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's motion for extension of time to respond to the government's petition to deny the defendant's petition for habeas corpus [Docket No. 306] is **DENIED** as moot.

2. Defendant's motion for extension of time to retain a lawyer by James Lamont Chapman [Docket No. 307] is **DENIED** as moot.

The Clerk of Court is respectfully directed to mail a copy of this Order to the petitioner.

DATED: August 26, 2005                                         s/John R. Tunheim
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                                 United States District Judge